UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA



UNITED STATES OF AMERICA

VS.

NO. 7:09CR168-F

James Novak

ORDER TO SURRENDER

The defendant in the above-entitled action having been sentenced to the custody of the US Bureau of Prisons and having requested in open court a postponement of the commencement of his/her sentence, it is now ORDERED:

The defendant, James Novak, surrender to the U.S. Bureau of Prisons by reporting to:

_____ United States Marshals Service, Raleigh, N.C.

\_\_XX\_\_ Designated Inst. when notified by U.S. Marshal's Service to report.

As a condition of defendant's release, the defendant shall continue to report to the Pretrial Services Officer, or if under supervision of the U.S. Probation Office, to that Office in the manner and at such times as directed.

3/23/2011
Date

James C. Fox
PRESIDING JUDGE

ACKNOWLEDGMENT:

I acknowledge receipt of a copy of the foregoing order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

Defendant

WITNESS BY:

Edwin C. Walker
Defendant's Attorney